UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ROBERT W. JOHNSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:19-cv-04754-JPH-MJD |
| ADESA et al, | ) ) ) | |
| Defendant. | ) | |

**ORDER DENYING REQUEST TO PROCEED ON APPEAL *IN FORMA PAUPERIS***

Robert Johnson seeks leave to proceed on appeal without prepaying the appellate fees of $505.00. Dkt. 9. However, an appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in "good faith." 28 U.S.C. § 1915(a)(3). "Good faith," in the context of § 1915(a)(3), refers to the "more common legal meaning of the term, in which to sue in bad faith means merely to sue on the basis of a frivolous claim." *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000). In other words, § 1915(a)(3)'s "good faith" determination is not about the plaintiff's sincerity in requesting appellate review. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). A sincere litigant still lacks objective "good faith" under § 1915(a)(3) if his claim is one that "no reasonable person could suppose to have any merit." *Lee*, 209 F.3d at 1026.

Under this standard, Mr. Johnson's request to appeal *in forma pauperis* must be denied. He seeks to appeal the Court's order dismissing his complaint

1

for lack of jurisdiction. *See* dkt. 5. But the Court did not issue final judgment under Rule 54(b), *see House v. Belford*, 956 F.2d 711, 716 (7th Cir. 1992), and the order does not qualify as an appealable interlocutory order under 28 U.S.C. § 1292. The order is therefore not appealable at this time, and the Seventh Circuit has dismissed similar appeals for lack of jurisdiction. *See, e.g., Bryant v. United States*, No. 17-2813, 2017 WL 8159216, at *1 (7th Cir. Oct. 24, 2017). Because there is no objectively reasonable argument that Mr. Johnson's proposed appeal has merit at this point in his case, this appeal is not taken in "good faith," and the motion for leave to proceed on appeal *in forma pauperis*, dkt. [9], is **DENIED.**

**SO ORDERED.**

Date: 1/14/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ROBERT W. JOHNSON
3345 FISH AVE.
APT. 1
BRONX, NY 10469